MARINE IRON WORKS v. WIESS. (Circuit Court of Appeals, Fifth Circuit. April 5, 1910.) No. 1,955. In Error to the Circuit Court of the United States for the Eastern District of Texas. George C. Greer, for plaintiff in error. R. C. Duff and J. W. Terry, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. After a full and careful examination of the errors assigned in the record of this case, in the light of the oral argument and briefs, a majority of the judges are of opinion that the judgment of the Circuit Court should be affirmed in the main; but all concur in holding that, under the facts shown by the record, the amount of the judgment should be reduced by the profit agreed to be paid to plaintiff, Wiess, on the judicial sale of the John H. Kirby. It is therefore ordered that this cause be remanded to the Circuit Court, with instructions to give the plaintiff below 10 days within which to en-

ter a remittitur to the judgment of $2,870, whereupon the said judgment shall be affirmed; otherwise, the court to set aside the said judgment and grant a trial de novo. The costs of this court to be paid by the defendant in error.